

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-16-2014

# USA v. Tristian Green

Precedential or Non-Precedential: Non-Precedential

Docket 13-2558

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation
"USA v. Tristian Green" (2014). *2014 Decisions.* Paper 74.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/74

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

release for his prior convictions, Green was convicted of robbery, brandishing a firearm in furtherance of a crime of violence, and possession of a firearm by a convicted felon. The District Court in this case determined that these convictions constituted Grade A violations of the terms of Green's supervised release. Green argues that the robbery did not constitute a crime of violence, and therefore his violation should be classified as Grade B rather than Grade A. We will affirm.

I

Because we write for the parties, who are familiar with the case, we recite only the facts and procedural history essential to its disposition.

In 2008, Green pleaded guilty to possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1). He was sentenced to thirty-seven months' imprisonment and three years' supervised release. While on supervised release, Green participated in a robbery during which his accomplice brandished a firearm. Green was indicted and a jury found him guilty of: (1) robbery in violation of 18 U.S.C. § 1951; (2) brandishing a firearm in furtherance of a crime of violence in violation of 18 U.S.C. § 924(c); and (3) possession of a firearm by a convicted felon in violation of 18 U.S.C. § 922(g). Green was sentenced to 168 months' imprisonment for these crimes.

Because Green committed these crimes while on supervised release for his 2008 conviction, the Government petitioned the District Court to revoke his

release,  Green was charged in September 2011 with one count of armed bank robbery and one count of use of a firearm during a crime of violence in violation of 18 U.S.C. §§ 924(c)(1)(A), 2113(a), 2113(d), and 18 U.S.C. § 2. Based on these charges, the United States Probation Office petitioned for revocation of Green's supervised release.

Green was tried before a jury and convicted of both armed robbery and use of a firearm during a crime of violence. Consequently, the District Court revoked Green's supervised release, sentencing him to 24 months' imprisonment.

Green appealed the District Court's order revoking his supervised release. In doing so, however, Green acknowledged that "the outcome of the instant appeal is wholly dependent upon the outcome of 13-2056." Because we affirmed Green's convictions in 13-2056 on November 14, 2013, *United States v. Green*, 2013 WL 6017425, we will affirm the order of the District Court revoking Green's supervised release in this case.